IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00655-RPM

DONALD W. MACLEOD, JR.,

    Plaintiff,
vs.

LANCE C. LEONARD and
FRISBIE WHEAT AND HEREFORD FARMS, INC.,

    Defendant.

_____

ORDER EXTENDING EXPERT WITNESS DISCLOSURE DEADLINES
_____

Upon review of the Unopposed Motion to Modify Scheduling Order to Extend Expert Witness Disclosure Deadlines [17] filed December 4, 2014, it is

ORDERED that the motion is granted and expert witness disclosure deadlines are extended as follows:

| | |
|---|---|
| Plaintiff | January 28, 2015, |
| Defendants | March 4, 2015, |
| Plaintiff rebuttal | April 1, 2015. |

DATED: December 5th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge