IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-00655-RPM

DONALD W. MACLEOD, JR., an individual,

      Plaintiff,

v.

LANCE C. LEONARD, AN INDIVIDUAL; and
FRISBIE WHEAT AND HEREFORD FARMS, INC., a Kansas corporation,

      Defendants.

_____

### ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT FRISBIE WHEAT AND HEREFORD FARMS, INC.
_____

THIS MATTER comes before the Court upon the Stipulation of the Plaintiff, Donald W. MacLeod, Jr., and the Defendant, Frisbie Wheat and Hereford Farms, Inc., (hereinafter "Frisbie Wheat"), for a dismissal of all claims of Plaintiff against Defendant, Frisbie Wheat, with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

HEREBY ORDERS that the claims of Plaintiff, Donald W. MacLeod, Jr., against Defendant, Frisbie Wheat, in the above-captioned action are hereby dismissed with prejudice, each party to pay their respective costs and attorney fees.

DATED: February 9th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge