IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-00655-RPM-KMT

DONALD W. MACLEOD, JR., an individual,

    Plaintiff,

v.

LANCE C. LEONARD, an individual

    Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF DEADLINE**
_____

    THE COURT, having reviewed Defendant's Unopposed Motion to Modify Scheduling Order to Extend Discovery Cutoff deadline, and considering itself fully advised, HEREBY GRANTS the Motion, and ORDERS that Defendant shall have up to and including **May 13, 2015** to complete the depositions of Drs. Madsen and Fillmore.

    Dated this 4th day of May, 2015.

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____
                                 Richard P. Matsch, Senior District Judge