IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00655-RPM

DONALD W. MACLEOD, JR.,

      Plaintiff,

vs.

LANCE C. LEONARD,

      Defendant.

**Amended Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

      The proceeding on **July 15, 2015, at 10:00 a.m.** will be a **pretrial conference.** The **proposed pretrial order** must be delivered in paper form directly to chambers on or before **4:00 p.m on July 9, 2015.**

DATED:   May 21, 2015