IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00655-RPM

DONALD W. MACLEOD, JR.,

    Plaintiff,

vs.

LANCE C. LEONARD,

    Defendant.
_____

ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT
_____

On June 1, 2015, the plaintiff filed a Motion for Partial Summary Judgment [Doc. 29] asking this Court to rule as a matter of law on elements of damage claimed by the plaintiff. It is an inappropriate motion. This action will be set for trial at the pretrial conference on July 15, 2015, and the issues of cause of damages and reasonable costs of care are matters for the jury. It is

ORDERED that the plaintiff's Motion for Partial Summary Judgment is denied.

DATED: June 10th, 2015

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge