IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00655-RPM

DONALD W. MACLEOD, JR.,

    Plaintiff,

vs.

LANCE C. LEONARD,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

    Pursuant to the Notice of Settlement [Doc. 32] the July 15, 2015, pretrial conference and the July 9, 2015, deadline to submit a proposed pretrial order are vacated.

DATED:   June 25, 2015