IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-00655-RPM

DONALD W. MACLEOD, JR., an individual,

    Plaintiff,

v.

LANCE C. LEONARD, an individual
    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

THIS MATTER comes before the Court upon the Stipulation of Plaintiff, Donald W. MacLeod, Jr., and Defendant, Lance C. Leonard, for a dismissal of all claims of Plaintiff against Defendant with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

HEREBY ORDERS that the claims of Plaintiff against Defendant in the above-captioned action are hereby dismissed with prejudice, each party to pay their respective costs and attorney fees.

DATED:   July 14, 2015

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge